Argued and submitted July 31, affirmed December 2, 1992

STATE OF OREGON,
*Respondent,*

*v.*

STEVEN ALAN MOCK,
*Appellant.*

(91-04-5252-C; CA A70744)

842 P2d 466

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Harrison Latto, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *State v. Little,* 116 Or App 322, 842 P2d 414 (1992).